

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00242-CV
_____

NICK'S AUTOMOTIVE, LLC D/B/A NICK'S AUTO SALES, APPELLANT

V.

TEXAS DEPARTMENT OF MOTOR VEHICLES, APPELLEE

DIRECT APPEAL FROM THE MOTOR VEHICLE DIVISION
OF THE TEXAS DEPARTMENT OF MOTOR VEHICLES

January 12, 2022

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Nick's Automotive, LLC d/b/a Nick's Auto Sales, seeks direct judicial review from an order issued by the Motor Vehicle Division of the Texas Department of Motor Vehicles.[1]  *See* TEX. OCC. CODE ANN. § 2301.751 (permitting direct appeals, governed by the rules of appellate procedure).  Appellant's brief was originally due December 9, 2021, but was not filed.  By letter of December 17, 2021, we notified

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by December 27. To date, Appellant has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam